# Exhibit B



**From:** Unger, Meryl L.
**Sent:** Friday, March 17, 2023 7:29 PM
**To:** Scott Baron <sbaron@baronsamson.com>
**Subject:** Jo Shui/ The Lotus Group

Scott,

Unfortunately, due to conflicting schedules and vacations, I haven't been able to coordinate a time for discussion of the NDA ( and other outstanding matters) with our client yet. We will be meeting at the beginning of next week and I will follow up with you then. In the meantime, please be advised that Jo has no authority to disclose  (directly or indirectly ) any company information to any third party, and she should be guided accordingly .

I share Lawrence's view that it will be far more productive to pivot from a contentious to a constructive problem solving mode going forward.
I will follow up with you early next week.

Regards,

Meryl

Meryl Lynn Unger
Katsky Korins LLP
605 Third Avenue
New York, New York 10158-0038
www.katskykorins.com
Direct Dial:  (212) 716-3217
Direct Fax:  (212) 716-3367
munger@katskykorins.com


Meryl Lynn Unger
Katsky Korins LLP
605 Third Avenue
New York, New York 10158-0038
www.katskykorins.com
Direct Dial:  (212) 716-3217
Direct Fax:  (212) 716-3367
munger@katskykorins.com

2

======================================================================
This e-mail and any attached file is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please immediately notify us by calling Adam Rosenfeld at (212) 716-3245 or email to arosenfeld@katskykorins.com.
======================================================================

2